Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See Pro Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

**18 CV 6088 EAW**

A. Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Selwyn Goodlow 261612
2. _____

-VS-

B. Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. Monroe County Jail
2. Corporal Second Shift 3-11
3. On the date of October 27
4. 2017 At 4:30 P.M As well
5. As Deputy on Duty on
6. 3M West High As well As
   The Nurse on duty in Reception

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

DEFENDANT'S INFORMATION  NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant:_____

(If applicable) Official Position of Defendant: Corporal ON 3-11 3m west High Oct 27, 2017

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 130 South plmouth Ave Rochester NY 14624


Name of Defendant:_____

(If applicable) Official Position of Defendant: Deputy ON-3-11 3m west High Oct 27, 2017

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 130 South plmouth Ave Rochester NY 14624 Oct 27, 2017


Name of Defendant:_____

(If applicable) Official Position of Defendant: Nurse on 3-11 Shift Reception

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 130 South plmouth Ave Rochester NY 14624 Oct 27, 2017


## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes____ No ✓

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____


2. Court (if federal court, name the district; if state court, name the county):_____


3. Docket or Index Number:_____
4. Name of Judge to whom case was assigned:_____

2

5. The approximate date the action was filed: _NONE_

6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

   Disposition (check the statements which apply):

   ____ Dismissed (check the box which indicates why it was dismissed):

   ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ____ By court for failure to exhaust administrative remedies;

   ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ____ By court due to your voluntary withdrawal of claim;

   ____ Judgment upon motion or after trial entered for

   ____ plaintiff

   ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

   Yes____ No_✓_

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _NONE_

   Defendant(s): _NONE_

2. District Court: _____
3. Docket Number: _____
4. Name of District or Magistrate Judge to whom case was assigned: _NONE_

5. The approximate date the action was filed: _____
6. What was the disposition of the case?

   Is it still pending? Yes____ No____

   If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    \_\_\_\_ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        \_\_\_\_ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        \_\_\_\_ By court for failure to exhaust administrative remedies;

        \_\_\_\_ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        \_\_\_\_ By court due to your voluntary withdrawal of claim;

    \_\_\_\_ <u>Judgment</u> upon motion or after trial entered for

        \_\_\_\_ plaintiff

        \_\_\_\_ defendant.

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- (•)Excessive Force
- (•)Failure to Protect
- Search & Seizure
- Malicious Prosecution
- (•)Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

### Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

A. **FIRST CLAIM:** On (date of the incident) Oct 27, ON 2017,
defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) the Corporal And deputy on 3 m west high, (3 to 11 shift)

did the following to me (briefly state what each defendant named above did): On October 27 at 4:30 I told Corporal that I could no longer be house in Three m West high he took me out and ask me why and I explain to him that there was a problem with Inmate's on Block. I then ask could He get my property out of my cell he then say's I have to get them my self I told him that it would be a problem if I went back in, but he say's if I dont go I will get nothing and then →

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Failure to Protect in THE COURSE OF SEVERAL INMATES CAUSING PHYSICAL HARM TO PLAINTIFF.

The relief I am seeking for this claim is (briefly state the relief sought): $100,000 CONDUCT A COMPLETE AND THOUROUGH INTERNAL INVESTIGATION OF THE DEPRAVED INDIFFERENCE INFLICTED UNDER THE CARE AND CUSTODY OF THE MONROE COUNTY JAIL SHERIFF AND DEPUTIES OF GANG ASSAULT IN THE INMATE BLOCK IN THE PRESENCE OF JAIL DEPUTIES WITH NO CODE-1 CALLED

**Exhaustion of Your Administrative Remedies for this Claim:**
Did you grieve or appeal this claim? NO  Yes ___  No ✗  If yes, what was the result? COULD NOT COMPLETE because I was Denied a grievence to exhaust (SEE LETTER).
Did you appeal that decision? ____ Yes ✗ No  If yes, what was the result? ____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I ask for a grievence and I was denied I ask for thier names And was denied,

A. **SECOND CLAIM:** On (date of the incident) October 27, 2017 - about 5:00 pm
defendant (give the <u>name and position held</u> of <u>each defendant</u> involved in this incident) Nurse on Duty, Corporal and Deputy Sheriff.

5

did the following to me (briefly state what each defendant named above did): the nurse Refuse to send me for cat scan's or treat me for my pain After being sent to her - She first talk to the Deputy who sent me down to Reception She check my blood pressure says to me it's high call the on call docter who tell's her to send me to hospital because I can hear thier conversation but She Refuse After speaking to Deputy. → NEXT PAGE.

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Denial of medical treatment AFTER GANG ASSAULT IN CITY BLOCK INMATE HOUSING ON OCT. 27, 2017

The relief I am seeking for this claim is (briefly state the relief sought): $100,000, AN INTERNAL INVESTIGATION OF BEING DENIED IMMEDIATE MEDICAL TREATMENT AS VICTIM OF GANG ASSAULT, WITH SEVERE LACERATION'S CONCUSION AND, FACIAL AND BODY TRAUMA, IN THE PRESENCE OF JAIL DEPUTIES IN CITY BLOCK HOUSING

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? _____ Yes _X_ No  If yes, what was the result? _____
I was denied MY RIGHT TO PURSUE A GRIEVANCE (SEE LETTER).

Did you appeal that decision? _____ Yes _X_ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I was denied the forms and opportunity when requested THROUGH ADMINISTRATION AT MONROE COUNTY JAIL

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I am asking for money to reflect the lack of support and professional duty the deputy, guard (CORPORAL) and nurse showed, OF DENIED IMMEDIATE MEDICAL TREATMENT AFTER BEING GANG ASSAULTED UNDER THE CARE AND CUSTODY OF MONROE COUNTY SHERIFF AND IT'S DEPUTIES UNDER THEIR INDIVIDUAL AND PROFESSIONAL CAPACITY NEGLIGENCE OF IMMEDIATE AND PROPER MEDICAL TREATMENT BY MONROE COUNTY SHERIFF MEDICAL STAFF.

Do you want a jury trial? Yes _X_ No ____

6

I SUFFERED SEVERE LACERATIONS, CONCUSION, FACIAL AND BODY TRAUMA AND SEVERE BRUSING OF THE HEAD, FACE AND BODY FROM BEING KICKED AND PUNCHED BY SEVERAL INMATES IN THE BLOCK, FACE SWOLLEN AND GOING IN AND OUT OF CONSCIENGNOUS DURING THIS GANG ASSAULT IN THE PRESENCE OF JAIL DEPUTIES, CORPORALS, WHO ALLOWED THIS SEVERE ASSAULT TO OCCUR UNDER THEIR CARE AND CUSTODY WHILE UNDER THEIR INDIVIDUAL AND PROFESSIONAL OFFICIAL CAPACITY, FAILING TO PROTECT MY PHYSICAL, MENTAL AND EMOTIONAL WELL BEING OF THIS VIOLENT ACT I SUFFERED, DUE TO THEIR DELIBERATE NEGLIGENCE. HAVING CONTINUED EMOTIONAL, MENTAL, AND PHYSICAL DURESS AND STRESS OF FAILED MEDICAL TREATMENT, CHRONIC HEADACHES, AND MENTAL LAPSES THAT ARE ONGOING, CAUSED BY THE TRAUMA OF THE GANG ASSAULT UNDER THE CARE AND CUSTODY OF MONROE COUNTY JAIL SHERIFF, DEPUTIES, CORPORALS AND MEDICAL STAFF WHO NEVER CALLED FOR A CODE-1 INCIDENT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 18, 2017___
                (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_____

Signature(s) of Plaintiff(s)

TO: MONROE COUNTY JAIL DEPUTY SHERIFF AND IT'S SUPERIOR OFFICERS

FROM: SELWYN GOODLOW, 261612

RE: GANG ASSAULT, DATED OCT. 27, 2017, AT OR ABOUT 4:30 P.M., CITY BLOCK, (MCJ); DENIED MEDICAL TREATMENT FOR FACIAL AND HEAD LACERATIONS, CONCUSSION, BLOODY NOSE AND LIP; HEAD, FACE AND BODY BRUISES; PAIN & SUFFERING; PHYSICAL, MENTAL AND EMOTIONAL DURESS AND STRESS.

TO WHOM IT MAY CONCERN,

    I SELWYN GOODLOW, AM FILING THIS CLAIM IN MY ATTEMPTS TO GET MONROE COUNTY JAIL DEPUTIES TO SIGN THE COMPLAINT THAT HAS BEEN DENIED BY LTD, SERGENTS, CORPORAL AND DEPUTIES OF MONROE COUNTY JAIL, DATE OF INCIDENT OCT. 27, 2017, AT APPROXIMATELY 4:30 P.M..

    THAT THIS NOTICE HAS BEEN FORWARDED TO THE SHERIFF IN MY ATTEMPTS TO ADDRESS AND PUT ON NOTICE THE FAILED MEDICAL TREATMENT AND, FAILURE TO PROTECT WHILE UNDER THE CARE AND CUSTODY OF MONROE COUNTY JAIL DEPUTIES AND IT'S MEDICAL STAFF, AND FAILED TO CALL CODE - 1.

    THAT THIS IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SWORN BEFORE ME THIS 18 DAY OF January 2018

_Sabra W Hicks_
NOTARY PUBLIC

RESPECTFULLY,
_Selwyn Goodlow_
SELWYN GOODLOW
MONROE COUNT CORR. FAC.
130 E. HENRIETTA ROAD
ROCHESTER, N.Y. 14623

SABRA W HICKAM
Notary Public, State of New York
No. 01HI6295885
Qualified in Monroe County
Commission Expires January 13, 2022

AFFIDAVIT OF SERVICE

JANUARY 1, 23, 2018

STATE OF NEW YORK )
COUNTY OF MONROE ) ss.:

THE UNDERSIGNED SELWYN GOODLOW, BEING DULY SWORN DEPOSES AS SAY: ON THE 23 DAY OF JANUARY, 2018 YOUR DEPONENT PLACED THE FOLLOWING DOCUMENTS.

PETITIONERS COMPLAINT CLAIM 1983, AND ITS ATTEMPTS TO ADDRESS THE ISSUE TO MONROE COUNTY SHERIFF.

IN A SEALED PREPAID FIRST CLASS ENVELOP AND DEPOSITED SAME IN A RECEPTACLE UNDER THE CARE AND CONTROL OF THE MONROE COUNTY JAIL POSTAL SERVICE, AND PROCESSED AS FOLLOWS:

ATTORNEY GENERAL                    CLERK UNITED STATES DIST. COURT
144 EXCHANGE BLVD., STE. 200        2120 U.S. COURTHOUSE
ROCHESTER, N.Y. 14614               100 STATE STREET
                                    ROCHESTER, N.Y. 14614-1387

SABRA W HICKAM
Notary Public, State of New York
No. 01HI6295885
Qualified in Monroe County
Commission Expires January 13, 2022

SWORN TO BEFORE ME                              RESPECTFULLY,
23 DAY OF January 2018                          Selwyn Goodlow
Sabra W Hickam                                  SELWYN GOODLOW
NOTARY PUBLIC                                   MONROE COUNTY CORR. FAC.
                                                750 E. HENRIETTA ROAD
                                                ROCHESTER, N.Y. 14623

**18 CV 6088** EAW

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET


JAN 29 2018

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| GOODLOW  SELWYN, 261612 | MONROE COUNTY JAIL, SHERIFF & DEPUTIES |
| (b) County of Residence of First Listed Plaintiff  MONROE  *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant  MONROE  *(IN U.S. PLAINTIFF CASES ONLY)*  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*  Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☒ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. §1983

Brief description of cause: FAILED MEDICAL TREATMENT, AFTER BEING GANG ASSAULTED UNDER THE CARE AND CUSTODY OF MONROE COUNTY JAIL SHERIFF

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____